UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMA L. WILLIAMS,<br><br>  Petitioner,<br><br>  v.<br><br>D. ADAMS,<br><br>  Respondent.<br>_____/ | CV F  04-5203 DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT SUPPLEMENTAL RESPONSE TO AMENDED PETITION<br><br>[Doc. |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

Petitioner filed the instant petition for writ of habeas corpus on January 30, 2004. By order of March 17, 2004, the Court directed Respondent to submit a response to the petition. Prior to the filing of Respondent's response, Petitioner submitted an amended petition on April 9, 2004, and pursuant to Federal Rules 15(a) of the Federal Rules of Civil Procedure, the amended petition was filed. By order of April 19, 2004, the Court vacated its March 17, 2004, order directing Respondent to file a response and re-ordered a response to the amended petition. Respondent filed an answer on July 28, 2004, and Petitioner filed a traverse on August 23, 2004.

In the original petition, Petitioner raised the single claim that the trial court's abused its discretion by failing to strike one or two of Petitioner's prior convictions. However, in the amended petition, Petitioner raised the following four claims for relief: 1) the trial court abused

1  its discretion by failing to strike one of Petitioner's two prior strike convictions; 2) ineffective
2  assistance of trial counsel; 3) invalid plea agreement; and 4) breach of plea agreement.
3      In reviewing Respondent's response filed July 28, 2004, Respondent only addressed
4  Petitioner's first claim for relief.  There is no discussion or mention of the other three claims for
5  relief raised in the amended petition.  It appears that Respondent inadvertently responded to the
6  original petition and not the amended petition.[1]  Accordingly, the Court will direct Respondent to
7  submit a supplemental response addressing the additional claims raised in the amended petition.
8  The Court will grant Petitioner the opportunity to file a supplemental traverse.
9      Based on the foregoing, it is HEREBY ORDERED that:
10     1.   Within forty-five (45) days from the date of service of this order, Respondent shall
11          submit a supplemental response to the claims raised in the amended petition;
12     2.   Within thirty (30) days from the date Respondent files its answer, Petitioner may
13          file a traverse; and
14     3.   All provisions set forth in the court's April 19, 2004, order to file a response
15          remain in full force and effect.
16     IT IS SO ORDERED.
17  **Dated:   July 7, 2005**              **/s/ Dennis L. Beck**
    3b142a                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes for the record that its order of April 19, 2004, directed that a copy of the amended petition be served on Respondent and such service was effected.  (Court Doc. 8.)