# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMA L. WILLIAMS,<br><br>        Petitioner,<br><br>  v.<br><br>D. ADAMS,<br><br>        Respondent.<br>_____/ | CV F   04-5203 DLB HC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>[Doc. 17] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

      On July 8, 2005, the Court directed that within forty-five days from the date of service, Respondent submit a supplemental answer to the amended petition, as the initial answer addressed the original petition. Over forty-five days has passed and Respondent has not submitted a supplemental answer.

      Local Rule 11-110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

///
///
///

1  Accordingly, it is HEREBY ORDERED within twenty (20) days of service of this order,
2 to SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey a court
3 order.
4  IT IS SO ORDERED.
5  Dated: August 30, 2005         /s/ Dennis L. Beck
   3b142a                          UNITED STATES MAGISTRATE JUDGE