# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMA L. WILLIAMS, | CV F 04-5203 DLB HC |
| Petitioner, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING RESPONDENT EXTENSION OF TIME TO FILE RESPONSE TO AMENDED PETITION |
| v. | |
| D. ADAMS, | [Docs. 20, 21] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On July 8, 2005, the undersigned issued an order for Respondent to submit an answer addressing the claims raised in the amended petition. The answer was on or before August 26, 2005. Respondent failed to file a response. Therefore, on August 31, 2005, the Court issued an order to show cause why sanctions should not be imposed for failing to comply with a court order. Respondent filed a response on September 1, 2005. In its response, Respondent indicates that although she received the court's July 8, 2005, order via email, at the time of receipt she had just returned from an extended vacation, and the email was among several other emails and it was apparently overlooked and not calendared. Respondent requests an extension of thirty days to file a response.

///

1  Good cause having been demonstrated, it is HEREBY ORDERED that:

2  1.  The order to show cause issued August 31, 2005, is DISCHARGED; and

3  2.  Within thirty days from the date of service of this order, Respondent shall file a response to the amended petition.

IT IS SO ORDERED.

Dated:  **September 8, 2005**              **/s/ Dennis L. Beck**
3b142a                                   UNITED STATES MAGISTRATE JUDGE