# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOHMA L. WILLIAMS,<br><br>        Petitioner,<br><br>  v.<br><br>D. ADAMS,<br><br>        Respondent. | CV F   04-5203 DLB HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>[Doc. 26] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

      Now pending before the Court is Petitioner's request for an extension of time to submit his traverse, filed November 14, 2005. Good cause having been demonstrated, Petitioner's request is GRANTED and within thirty (30) days from the date of service of this order, Petitioner shall submit his traverse.

      IT IS SO ORDERED.

      Dated:   **November 16, 2005**                  **/s/ Dennis L. Beck**
ah0l4d                                                    UNITED STATES MAGISTRATE JUDGE