# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOHMA L. WILLIAMS,<br><br>          Petitioner,<br><br>    v.<br><br>D. ADAMS,<br><br>          Respondent.<br>_____/ | CV F   04-5203 DLB HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY<br><br>[Doc. 33] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

    On March 14, 2006, the instant petition for writ of habeas corpus was denied on the merits, and judgment was entered in favor of Respondent this same day.

    On April 12, 2006, Petitioner filed the instant motion for an extension of time to file his notice of appeal and request for a certificate of appealability.

    A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered.  See FRAP 4(a)(1)(A).  However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause.  See FRAP 4(a)(5)(A)(i). Regardless of whether the motion is filed before or during the 30 days period after the entry of judgment, a motion may be granted if the party show excusable neglect or good

1 cause. See FRAP 4(a)(5)(A)(ii). Petitioner filed his motion to extend time within the thirty day
2 time frame for filing a notice of appeal and Petitioner demonstrates good cause for the extension,
3 citing prison transfers over which he has no control.  Accordingly, good cause having been
4 presented to the court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that
5 Petitioner's motion to extend time to file the notice of appeal and request for certificate of
6 appealability is GRANTED until thirty days from the date of service of this order.

     IT IS SO ORDERED.

     Dated:   April 20, 2006                      /s/ Dennis L. Beck
3b142a                                           UNITED STATES MAGISTRATE JUDGE