# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOHMA L. WILLIAMS,<br><br>        Petitioner,<br><br>    v.<br><br>D. ADAMS,<br><br>        Respondent.<br>_____/ | CV F   04-5203 DLB HC<br><br>ORDER DENYING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND CERTIFICATE OF APPEALABILITY<br><br>[Doc. 35] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

    On March 14, 2006, the instant petition for writ of habeas corpus was denied on the merits, and judgment was entered in favor of Respondent this same day.

    On April 12, 2006, Petitioner filed the instant motion for an extension of time to file his notice of appeal and request for a certificate of appealability.  The Court granted Petitioner's request on April 24, 2006.

    On May 22, 2006, Petitioner filed a second request for an extension of time to file his notice of appeal and request for a certificate of appealability.

    Pursuant to Rule 4(a)(5)(C) of the Federal Rules of Appellate Procedure, "No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 10 days after the date when the order granting the motion is entered, whichever is later."  Because the Court has

1  previously granted Petitioner a thirty day extension of time to file his notice of appeal and request
2  for a certificate of appealability, no further extensions of time are permitted under Rule 4 of the
3  Federal Rules of Appellate Procedure, and Petitioner's request is therefore DENIED.
4      IT IS SO ORDERED.
5      Dated:   June 7, 2006          /s/ **Dennis L. Beck**
   3b142a                                   UNITED STATES MAGISTRATE JUDGE